CAROLE A. COUCH
1928 Cherryvale Court
Toms River, NJ 08758
973-715-1275

July 9, 2014

Honorable Peter G. Sheridan, U.S.D.J.
c/o Clerk U.S. District Court
402 E. State Street, Room 2020
Trenton, New Jersey 08608
Re: Civil Action No: 12-cv-3977 (PGS)

RECEIVED
AT 8:30
JUL 11 2014
WILLIAM T. WALSH
CLERK

Dear Judge Sheridan,

I respectfully request an extension to stay in my home at 1928 Cherryvale Court, Toms River, N.J. 08758. At present my health is unstable and a move presents severe hardship. Attached please find my physicians statement and copies of Petscans confirming my health status.

I contacted Attorney Frank Martone's office, in an attempt to obtain an extension. I was directed to Ms. Amanda Weber, with whom I left messages that were not returned.

When I received your memorandum and order in January denying my motion, you indicated I did not show for a court date on 12/9/13. I sincerely apologize! I never received notification of that court date. On 12/9/13 I had an ultrasound, as well as a physical therapy session, both I would have rescheduled to attend.

Upon receipt of your decision, I thought I lost my opportunity to appeal. Due to lack of finances, I tried to handle this matter pro se. My out of pocket prescriptions alone totaled over $17,000 for 2013. I now realize my lack of legal knowledge has cost me more. I recently learned that I could have contacted you to notify that I was unaware of the 12/9/13 court date, and to possibly appeal.

Since I interpreted your decision as final, I have tried to comply. The harsh winter months and my declining health

have made the move insurrmountable. I tried reaching out to various agencies for assistance (The Division of Elder Advocacy, Dept. of Community Affairs, Office of Standards and Codes, Local Office on Aging, and Dept. of Housing and Urban Development) none of which could provide assistance. Finally The Ocean – Monmouth County Legal Services Dept. advised me to contact you directly and ask for an extension.

In addition, a HUD representative has been calling me for the past 2 months trying to gain access to my home, and a cooperative servicing company for HUD tried to access my home through the security gate house claiming the need to "assess damages." Thankfully they were denied access by Maria Cassidy the Greenbriar Association property manager. This harrassment has only added to my existing overwhelming stress. I question if their attempts to gain access is even legal?

I greatly appreciate any consideration you give to this matter.

Very Truly Yours

*Carole A. Couch*

Carole A. Couch


cc: Frank J. Martone



INTERNET MEDICAL GROUP, P.C.

**JAMES A. AGRESTI, D.O., C.M.D.**
*Board Certified American College Of Family Practice*
*Board Certified American Medical Directors*

**JAMES V. AGRESTI, M.D.**
*Internal Medicine*

July 8, 2014

Re: Carole A. Couch
267 Elwood Ave.
Newark, NJ 07104

Honorable Peter G. Sheridan USDJ,

Please be advised Ms. Couch is under my care for multiple problems. She suffers From Metastasis Breast Cancer, Hypertension, several orthopedic problems including Rotor Cuff Repair, 2 Knee Replacement Surgeries, Foot Surgeries and a Collapse Right Ankle and foot.
Ms. Couch has difficulty ambulating and currently uses a walker, cane or wheelchair when necessary.
Ms. Couch feels at this time she is unable to make a move, physically or mentally.
Any Consideration given to her circumstances would be greatly appreciated.

Sincecery,

James V. Agresti, DO

181 Franklin Avenue, Suite 201, Nutley, NJ 07110  •  Tel: (973) 284-0777  •  Fax: (973) 284-1530

## PROGRESSIVE IMAGING CENTER

| | |
|---|---|
| **NAME:** COUCH, CAROLE | **MR#** 0999082825 |
| **DOB:** 12/14/1944 | **PT ACCT NO:** 199008 |
| **AGE:** 68Y  **SEX:** F | **PT ORDER NO:** 90002 |
| **PT CLASS:** OUTPATIENT | **X-RAY NO:** 0999082825 |
| **ORDERED FOR:** Nov 13 2013 8:05AM | **NS/ROOM:** - |
| **HIS ORDER NO:** | **CLINIC:** |
| **ORDERING DR:** HEMALATHA VASIREDDY, M.D. | **HOSP SERVICE:** |
| 36 NEWARK AVE, SUITE 304 | **DISCH DATE/TIME:** Current Visit |
| BELLEVILLE, NJ 07109 | |

**CC DR(s):** JAMES V III AGRESTI, M.D., 181 FRANKLIN AVE., SUITE 201, NUTLEY, NJ 07110

### **Final Report**

**PROCEDURE:** PET/CT SKULL-THIGH - \
**ACCESSION NO:** 2514056
**EXAM DATE/TIME:** Nov 13 2013 12:11PM
**ADMIT DIAGNOSIS:**
**PROCEDURE REASON:** 174.9

**FULL RESULT:**
Clinical description: The patient has a history of breast carcinoma diagnosed in 2011. The prior therapy history is not provided. Comparison is made with the PET/CT of December 5, 2012.

One hour following the intravenous administration of 15.7 mCi of F-18 labeled FDG, whole body emission images were obtained with a noncontrast CT. The serum glucose level was 117 mg/dL at time of injection.

Lymph node seen in the right external iliac chain is unchanged in size measuring 3.4 cm and exhibits persistent FDG accumulation with an SUV max of 6.2. There is FDG uptake in 2 right groin lymph nodes. The largest is 2.4 cm with an SUV max of 4.2. An additional right groin lymph node has SUV max of 4. These values represent a decrease in uptake when compared to the prior study.

There is a new 9 mm right axillary lymph node on image 107 that is FDG avid with an SUV max of 2.6. A 3 cm nodule in the right lobe of the thyroid gland has enlarged and exhibits increased FDG uptake with an SUV max of 7.

Muscular activity of both shoulders is felt to be due to musculoskeletal strain.

There is no other abnormal FDG accumulation.

CT images exhibit hepatomegaly. There is a moderate to large hiatal hernia. Anchors are noted in the right humerus. There is a left Port-A-Cath. A small bulla is seen in the left lower lobe medially. The uterus is surgically absent. Colonic diverticuli are noted.

**IMPRESSION:**
1. Stable appearing right iliac chain right and groin lymph nodes. FDG accumulation is again noted with an interval decrease. 2 right groin lymph nodes are currently visualized.
2. New 9 mm FDG avid right axillary lymph node. Recurrent malignancy cannot be excluded.
3. Interval enlargement of the nodule in the right lobe of the thyroid gland which measures 3 cm. The degree of FDG uptake has increased slightly. Consider repeat biopsy.

Page 1 of 2

## PROGRESSIVE IMAGING CENTER

| | | | |
|---|---|---|---|
| **NAME:** | COUCH, CAROLE | **MR#** | 0999082825 |
| **DOB:** | 12/14/1944 | **PT ACCT NO:** | 199008 |
| **AGE:** 68Y | **SEX:** F | **PT ORDER NO:** | 90002 |
| **PT CLASS:** | OUTPATIENT | **X-RAY NO:** | 0999082825 |
| **ORDERED FOR:** | Nov 13 2013 8:05AM | **NS/ROOM:** | - |
| **HIS ORDER NO:** | | **CLINIC:** | |
| **ORDERING DR:** | HEMALATHA VASIREDDY, M.D. | **HOSP SERVICE:** | |
| | 36 NEWARK AVE, SUITE 304 | **DISCH DATE/TIME:** | Current Visit |
| | BELLEVILLE, NJ 07109 | | |

CC DR(s):    JAMES V III AGRESTI, M.D., 181 FRANKLIN AVE., SUITE 201, NUTLEY, NJ 07110

Signed By: Helene Reich
on 11/13/2013 1:35 PM

**Transcriptionist:** On: Nov 13 2013 1:35PM

**READ BY:** HELENE REICH, M.D. On: Nov 13 2013 1:35PM

**ELECTRONICALLY SIGNED BY:** HELENE REICH, M.D. On: Nov 13 2013 1:35PM

## PROGRESSIVE IMAGING CENTER

| | | | |
|---|---|---|---|
| **NAME:** | COUCH, CAROLE | **MR#** | 0999082825 |
| **DOB:** | 12/14/1944 | **PT ACCT NO:** | 82825 |
| **AGE:** 66Y | **SEX:** F | **PT ORDER NO:** | 90001 |
| **PT CLASS:** | OUTPATIENT | **X-RAY NO:** | 0999082825 |
| **ORDERED FOR:** | Nov 30 2011 10:30AM | **NS/ROOM:** | PROGRE- |
| **HIS ORDER NO:** | 9630862 | **CLINIC:** | |
| **ORDERING DR:** | HEMALATHA VASIREDDY, M.D. | **HOSP SERVICE:** | |
| | 36 NEWARK AVE, SUITE 304 | **DISCH DATE/TIME:** | Current Visit |
| | BELLEVILLE, NJ 07109 | | |

**CC DR(s):** GERARD DEVASTEY, MD, 2500 MORRIS AVENUE SUITE 210B, UNION, NJ 07083
JAMES AGRESTI, M.D., 181 FRANKLIN AVE., SUITE 201, NUTLEY, NJ 07110
NADINE PAPPAS, M.D., FAX RESULTS TO: (973) 844-9202

## **Final Report**

PROCEDURE:  PET/CT SKULL-THIGH -
ACCESSION NO:    2128229
EXAM DATE/TIME:    Nov 30 2011 10:30AM
PROCEDURE REASON:    MALIGNANT NEOPLASM OF BREAST UNSPECIFIED SITE

CLINICAL DESCRIPTION: The patient has a history of breast carcinoma diagnosed in September 2011 who presents for initial staging. The patient is status post right breast surgery on 10/17/11.

FULL RESULT: One hour following the intravenous administration of 19 mCi of F-18 labeled FDG, whole body emission images were obtained with a noncontrast CT. The serum glucose level was 89 mg/dl at the time of injection.

There is skin thickening of the right breast with mild diffuse uptake. A 3.5 cm fluid collection is seen in the right axilla with no FDG accumulation. Focal uptake is noted in the right lobe of the thyroid gland with an SUV max of 4. Thyroid ultrasound correlation is suggested.

There is uptake in a right external iliac chain lymph node which is elongated measuring 3 cm and has an SUV max of 6.9. There is FDG accumulation in approximately four lymph nodes in the right groin with SUV maximums that range between 2.7 and 4. Three of the lymph nodes exhibit fatty hila and may be reactive. The more superior lymph node on Image # 201 is most intense and malignancy in this lymph node and the right pelvic lymph node cannot be excluded. Diffuse uptake is noted in the right posterior shoulder muscle that is likely due to musculoskeletal strain given the distribution. There is a moderate sized hiatal hernia incidentally noted. Linear stranding is noted at both lung bases.

IMPRESSION:
1.  UPTAKE IN A RIGHT EXTERNAL ILIAC CHAIN LYMPH NODE AND IN FOUR RIGHT GROIN LYMPH NODES IS NOTED. THE MOST INTENSE RIGHT GROIN LYMPH NODE AND THE RIGHT PELVIC LYMPH NODE COULD BE MALIGNANT. THE OTHER LYMPH NODES ARE QUESTIONABLE AND EXHIBIT FATTY HILA WHICH IS A SIGN OF BENIGNITY. FOLLOW UP IS SUGGESTED.
2.  FOCAL UPTAKE IN THE RIGHT LOBE OF THE THYROID GLAND. RECOMMEND CORRELATION WITH THYROID ULTRASOUND AND IF THERE IS A CORRESPONDING NODULE IN THE RIGHT LOBE, CONSIDER BIOPSY.

## PROGRESSIVE IMAGING CENTER

****************************************************************************************************

| | | | |
|---|---|---|---|
| **NAME:** COUCH, CAROLE | | **MR#** | 0999082825 |
| **DOB:** | 12/14/1944 | **PT ACCT NO:** | 82825 |
| **AGE:** 66Y | **SEX:** F | **PT ORDER NO:** | 90001 |
| **PT CLASS:** | OUTPATIENT | **X-RAY NO:** | 0999082825 |
| **ORDERED FOR:** | Nov 30 2011 10:30AM | **NS/ROOM:** | PROGRE- |
| **HIS ORDER NO:** | 9630862 | **CLINIC:** | |
| **ORDERING DR:** | HEMALATHA VASIREDDY, M.D. | **HOSP SERVICE:** | |
| | 36 NEWARK AVE, SUITE 304 | **DISCH DATE/TIME:** | Current Visit |
| | BELLEVILLE, NJ 07109 | | |

**CC DR(s):**   GERARD DEVASTEY, MD, 2500 MORRIS AVENUE SUITE 210B, UNION, NJ 07083
JAMES AGRESTI, M.D., 181 FRANKLIN AVE., SUITE 201, NUTLEY, NJ 07110
NADINE PAPPAS, M.D., FAX RESULTS TO: (973) 844-9202
****************************************************************************************************

3.       DIFFUSE SKIN THICKENING IN THE RIGHT BREAST AND FLUID COLLECTION IN THE RIGHT AXILLA MAY BE ON THE BASIS OF POST-OPERATIVE CHANGE. SKIN THICKENING REQUIRES FOLLOW UP TO EXCLUDE DERMAL INVOLVEMENT WITH MALIGNANCY.


**Transcriptionist:** DONNA SANTIAGO On: Dec 2 2011 1:03PM

**READ BY:** HELENE REICH, M.D. on Dec 1 2011 3:35PM

**ELECTRONICALLY SIGNED BY:** HELENE REICH, M.D. On: Dec 2 2011 8:00PM



**Extremely Urgent**

From: (973) 715-1275
Carole A. Couch

1928 Cherryvale Court

Toms River, NJ 08758

SHIP TO: (609) 989-0508
**Peter G. Sheridan, U.S.D.J.**
**c/o Clerk U.S. District Court**
**402 E. State Street**
**Room 2020**
**TRENTON, NJ 08608**

Origin ID: MJXA


FedEx Express


E
J14101402070326

**BILL CREDIT CARD**

Ship Date: 10JUL14
ActWgt:
CAD: 308600009/INET3492

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

RELEASE#: 3785346

**FRI - 11 JUL 10:30A**
**PRIORITY OVERNIGHT**


TRK# 7705 6825 1664
0201

**E2 TTNA**

08608
NJ-US
EWR



522G2/ED4F/F220